AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2015 MAR 25 A 11: 35
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Malibu Media, LLC<br><br>Plaintiff(s)<br>v.<br>Craig Auguston<br><br>Defendant(s) | Civil Action No. 1:14-cv-01533-TSE-IDD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Craig Auguston
5837 Colfax Avenue
Alexandria, VA 22311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Tabot, Esquire
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/2/15

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:14-CV-01533-TSE-IDD

Plaintiff:
**MALIBU MEDIA, LLC**
vs.
Defendant:
**CRAIG AUGUSTON**


PRS2015005099

For:
Jon Hoppe
MALIBU MEDIA
1401 Mercantile Ln
Ste 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on **CRAIG AUGUSTON, 5837 COLFAX AVENUE, ALEXANDRIA, VA 22311**

I, Scott Tilles, being duly sworn, depose and say that on the **17th day of March, 2015 at 9:18 am**, I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT, AND DEMAND FOR A JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **CRAIG AUGUSTON** at the address of: **5837 COLFAX AVENUE, ALEXANDRIA, VA 22311**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: M, Race/Skin Color: WHITE, Height: 5'8, Weight: 175, Hair: BLACK, Glasses: Y

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

HEATHER TRAHAN
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 5/3/2018

Subscribed and sworn to before me on 3/19/15 by the affiant who is personally known to me.

Notary Public

Scott Tilles
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2015005099

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n